IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 11-CV-21890 GRAHAM/Goodman

**CEFERINO PEREZ and AIDA ESTHER CHAPARRO, as the personal representatives of the estate of LIZ MARIE PEREZ CHAPARRO; CEFERINO PEREZ and AIDA ESTHER CHAPARRO, individually; and AMILKAR PEREZ CHAPARRO, individually**

       Plaintiffs,

v.

**CARNIVAL CORPORATION,
d/b/a CARNIVAL CRUISE LINES,
a foreign corporation,**

       Defendant.

_____/

## PLAINTIFFS' NOTICE OF SETTLEMENT

Plaintiffs, **CEFERINO PEREZ and AIDA ESTHER CHAPARRO, as the personal representatives of the estate of LIZ MARIE PEREZ CHAPARRO; CEFERINO PEREZ and AIDA ESTHER CHAPARRO, individually, and AMILKAR PEREZ CHAPARRO** (hereinafter collectively "Plaintiffs"), by and through their undersigned counsel, hereby file this Notice of Settlement to notify the Court that the above-styled case has reached a settlement. The parties request that the Court retain jurisdiction to enforce the terms of the settlement.

CASE NO.:   11-CV-21890 GRAHAM/Goodman

Dated:  November 1, 2013                            Respectfully submitted,

Miami, Florida

                                            /s/ James M. Walker
                                            James M. Walker
                                            Florida Bar No. 755990
                                            WALKER & O'NEILL, P.A.
                                            Attorneys for Plaintiffs
                                            Plaza 57, Suite 430
                                            7301 S.W. 57th Court
                                            South Miami, Florida 33143
                                            Tel. No.        (305) 995-5300
                                            Facsimile:     (305) 995-5310
                                            jwalker@cruiselaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic notices of Electronic Filing.

                                             /s/ James M. Walker
                                             James M. Walker (755990)

CASE NO.:   11-CV-21890 GRAHAM/Goodman

## SERVICE LIST

James M. Walker, Esq.
Jwalker@cruiselaw.com
Walker & O'Neill, P.A.
Plaza 57, Suite 430
7301 SW 57th Court
South Miami, Florida 33143
Phone:   (305) 995-5300
Facsimile: (305) 995-5310
*Attorney for Plaintiff*

Jonathan B. Aronson, Esq.
jaronson@aronsonlawfirm.com
Aronson Law Firm
5730 S.W. 74 Street, Suite 800
Miami, Florida 33143
Phone: (305) 662-1233
Facsimile (305) 662-1266
*Attorney for Plaintiff*

Philip D. Parrish, Esq.
phil@parrishappeals.com
Plaza 57, Suite 430
7301 SW 57th Court
South Miami, Florida 33143
Phone: (305) 670-5550
Facsimile (305) 775-5155
*Attorney for Plaintiff*

Curtis J. Mase, Esq.
cmase@mletrial.com
Lauren E. DeFabio, Esq.
ldefabio@mletrial.com
Valentina M. Tejera, Esq.
vtejera@mletrial.com
Mase Lara Eversole, P.A.
2601 South Bayshore Drive,
Suite 800
Miami, Florida 33133
Phone: (305) 377-3770
Facsimile: (305) 377-0080
*Attorneys for Defendant*